AO 247 (02/08) Order Regarding Motion for Sentence Reduction

## UNITED STATES DISTRICT COURT
### for the
### DISTRICT OF NEVADA

☑ FILED  ___ RECEIVED
___ ENTERED  ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAY 1 2 2008

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No.: 03:94-CR-44-ECR-RAM |
| vs. ) | USM No.: 29874-048 |
| MAURICE KRISTIAN LEE, ) | |

Date of Previous Judgment: June 22, 1995          Paul Riddle
(Use Date of Last Amended Judgment, if Applicable)   Defendant's Attorney

### ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. 3582(c)(2)

Upon motion of _X_ the defendant ___ the Director of the Bureau of Prisons ___ the Court under 18 U.S.C. 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. 994(u), and having considered such motion,

IT IS ORDERED that the motion is:
___ DENIED.   _X_ GRANTED, and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued of __240 MONTHS__ months, is reduced to __ ONE HUNDRED NINETY-FIVE (195) MONTHS_____

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: __37__           Amended Offense Level: __35__
Criminal History Category: __I__         Criminal History Category: __I__
Previous Guideline Range: 210 to 262 months   Amended Guideline Range: 168 to 210 months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
_X_ The reduced sentence is within the guideline range.
___ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentence, as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
___ Other (explain):

### III. ADDITIONAL COMMENTS
The Court has a concern as to the danger to the public arising because of defendant's release. However, defendant has achieved a good rating for adjustment to incarceration from the Bureau of Prisons; has had only six writeups within the past 13 plus years; is presently situated at a minimum security prison; is subject to supervised release for an additional period of five years, and has undertaken to rehabilitate himself in prison.

DEFENDANT: LEE, MAURICE KRISTIAN　　　　　　　　　　　　　Order - Page Two of Two
Case Number: 03:94-CR-44-ECR

Except as provided above, all provisions of the Judgment dated <u>June 22, 1995</u> shall remain in effect.
**IT IS SO ORDERED.**

Order Date: <u>May 12, 2008</u>　　　　　　　　　　　　　*Edward C. Reed*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Judge's signature

Effective Date: <u>May 12, 2008</u>　　　　　　　<u>EDWARD C. REED, JR., SENIOR USDJ</u>